IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00421-DME-BNB

DAVID VELASQUEZ,

Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP, a Delaware partnership,

Defendant.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion for Entry of Protective Order** [docket no. 7, filed 4/9/09] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

DATED:  April 9, 2009