IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00421-DME-BNB

DAVID VELASQUEZ,

Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP, a Delaware partnership,

Defendant.

_____

**ORDER**

_____

I am informed that this case has been resolved, subject to one contingency.  Accordingly,

IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with

prejudice pursuant to Fed. R. Civ. P. 41(a), if at all, on or before **May 1, 2009**.

Dated April 17, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge